4/20/2015

17,719-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

To: Abel Acosta, Clerk
Court of Criminal Appeals of Texas

From: Dennis Freeman, Pro Se
TDCJ #1873252
810 F.M. 2821
Huntsville, Tx. 77349

MOTION DISMISSED
DATE: 4-27-15
BY: P.C.

(re: Motion to Amend Writ 17,719-07)

Respectfully, I am Pro Se and attempting to preserve my rights representing myself. Please find enclosed my Motion to Amend Application for Writ of Mandamus 17,719-07

Thank you so very much with your assistance in filing this.

Sincerely,
Dennis Freeman

Writ No. 17,719-02

Ex Parte § In 124th District Court
                    §    In and for
Dennis Freeman § Gregg County, Texas

Pro Se and Indigent
Motion to Amend

Applicant Pro Se, Dennis Freeman respectfully files this Motion to Amend and show this Honorable Court the following: Please see Indictment, pg. 151 Writ 17,719-06 defect of form. I. And Applicant substantial rights from

The Indictment (42,132-B) fails to allege all elements of an offense making said-Indictment illegal. Count 1 of said-Indictment was read to Jury on television news Day One of trial, pg. 35: (1.) intentionally and knowingly (2.) attempt the penetration of the sexual organ of a child who was then and there younger than 14 years of age by (3.) defendant's sexual organ. And Applicant did plead "not guilty" to said charge of Indictment. Applicant presents there is no such statute/ elements in Texas law and Indictment 42,132-B does "not" allege Penal Code 15.01 and said-penal

(PAGE 1)

Code would/is legally required for an alleged Attempt to commit offense in Texas. There is no such alleged ~~attempted aggravated offense in Texas~~ ~~that Indictment alleges.~~ __II.__ And conviction non-aggravated,

__II.__

Applicant shows this Honorable Court that he was "not" afforded a plea of Judgement of Conviction 42,132-B Count 1 (and) Said-Conviction Count I is "not" found in Indictment; (2.) with intent to commit Sexual Assault of a child under 17, (3.) does an act amounting to more then mere preparation (4.) that tends but fails to effect the Commission of the offense intended. Judgement of non-agg Penal Code 15.01 AND ELEMENTS NOT ALLEGED IN THE INDICTMENT.

__III.__

Applicant respectfully shows to Honorable Court: "any attempted offense" alleged in Indictment and "read" to Jury from said-Indictment must be from Penal Code 15.01. Indictment 42,132-B (page 151 of Writ 17,719-06) is fundamentally defective and "does not allege all elements of an offense." The State did NOT prove statute/elements charged in Indictment. (PAGE 2) | Alleyne v. United States | 133 S. Ct. 2151 (2013)

## Prayer

Applicant Pro Se, respectfully, prays that this Honorable Court grant Application of Mandamus and order the trial Court to send the factual jury instructions in Cause No. 42,132-B-H-1 and whereby this Honorable Court of Criminal Appeals may compare it to said-Indictment that does not allege Penal Code 15.01, and fails to allege every element of an offense in Count 1 that was read to jury on Day 1 of trial, pg. 35 and on television news.

Respectfully submitted,

Dennis Freeman, ProSe

Dennis Freeman
TDCJ #1873252
810 F.M. 2821
Huntsville, Tx. 77349

Mailed on: 4-17-2015

I, Dennis Freeman, ProSe certify that this Motion to Amend Application for Writ of Mandamus is true and correct.

Dennis Freeman

(PAGE 3)